**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JAMES KEEL** **PLAINTIFF**

**v.** **No. 3:25CV252-DMB-RP**

**STATE OF MISSISSIPPI, ET AL.** **DEFENDANTS**

**ORDER *DISMISSING* AS PREMATURE**
**PLAINTIFF'S MOTION [24] FOR ORDER DIRECTING**
**THAT SERVICE OF PROCESS ISSUE**

This matter comes before the court on the motion [24] by the plaintiff for an order directing the United States Marshals Service to serve process upon the defendants in this case. As the court has issued an order for the plaintiff to show cause why the instant case should not be dismissed for failure to state a claim upon which relief could be granted, the instant motion [24] is **DISMISSED** as premature. Once the plaintiff has responded to the court's show cause order and the court has decided whether the case should proceed, the court will determine whether process should issue and which defendants should be served.

**SO ORDERED**, this, the 24th day of August, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE